**STATE of Missouri, Respondent,**

v.

**Michael SALES, Appellant.**

**No. 63424.**

Missouri Court of Appeals,
Eastern District,
Southern Division.

June 30, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 14, 1995.

Eric E. Vickers, Vickers & Associates, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before KAROHL, P.J., AHRENS and DOWD, JJ.

*ORDER*

PER CURIAM.

Defendant Michael Sales appeals the judgment of conviction on two counts of sale of a controlled substance in violation of § 195.211. Defendant was sentenced to thirty years imprisonment.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).